**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

KATTIA GUADALUPE ESCOBAR,
                    *Petitioner,*

            v.

ERIC H. HOLDER JR., Attorney
General,
                    *Respondent.*

Nos. 07-72843
      08-71777

Agency No.
A 75-504-052

ORDER

Filed July 10, 2009

Before: Jerome Farris, Susan P. Graber, and
Kim McLane Wardlaw, Circuit Judges.

---

## ORDER

The opinion in *Escobar v. Holder*, 567 F.3d 466 (9th Cir. 2009), is vacated.

The Respondent's petition for rehearing is dismissed as moot.

IT IS SO ORDERED.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.